IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01689-MSK-MJW

AGEE BAYAT-BAROONI,

    Plaintiff,

v.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,

    Defendant.

_____

### ORDER FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER has come before the Court on the Stipulated Motion for Order for Dismissal with Prejudice **(#7)**. The Court being fully advised, hereby approves the parties' Stipulation and:

**IT IS ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated this 2nd day of November, 2006.

                **BY THE COURT:**

                *Marcia S. Krieger* (signature)
                _____

                Marcia S. Krieger
                United States District Judge